U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JAN 22 P 12: 46

STEPHEN C. DRIES
CLERK

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Angel Chandler

v.

(Full name of defendant(s))

United Plumbing & Heating Supply Company

Case Number: 20-C-0101

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__ and resides at
     (State)

     __4709 West Congress Street, Milwaukee, WI__
     (Address)

     (If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant __United Plumbing & Heating Supply Company__
                                                            (Name)
     is (if a person or private corporation) a citizen of __Wisconsin__

and (if a person) resides at 9947 West Carmen Ave

(State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for United Plumbing & Heating Supply Company
9947 West Carmen Ave. (Employer's name and address, if known)
53225

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I, Angel Chandler, would like to file suit against United Plumbing & Heating Supply Company for violating Title VII, the Americans with Disabilities Act, the Genetic Information Non-discrimination Act, or the Age Discrimination in Employment Act; also for violating the Equal Pay Act (EPA) when employed for almost 13 years. The HR clerk for United, (Cheri Walton) submitted a Non-FMLA Leave of absence without my authorization to avoid assisting a claim for a FMLA leave under the ADA Act. The clerk, Cheri Walton,

claimed that I did not qualify for a leave because they do not have to abide by FMLA. Cheri Walton submitted the Non-FMLA w/o my signature on Oct. 17, 2017. My disability impaired my ability to perform any work at United P&H Supply. Cheri Walton informed that I could not perform duties from home, but instructed me to call in everyday while on leave to assist admin with Accounting duties that I was never paid for. The company's actions affected my ability to return when the Company cancelled my health insurance knowing that I needed spinal surgery for a large herniated disc. This occured Oct. 11, 2017 after residing 4 days in hospital. The HR clerk never provided me with any benefit information. I believe these actions were in retaliation for complaining to upper management about the discrepancies of overtime pay and hostile environment.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

To pay back state funds for medical appointments that should have been paid by Humana during Oct. 11, 2017 through Jan. 12, 2018 for cancelling medical insurance. Also, I want to be compensated for pain & suffering, and hindering my ability to return to work for these years. Their actions has affected me for the rest of my life.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __22nd__ day of __January__ 20__20__.

Respectfully Submitted,

___[signature]___
Signature of Plaintiff

__414 759 8381__
Plaintiff's Telephone Number

__Chandlera30@gmail.com__
Plaintiff's Email Address

__4709 West Congress Street__

__Milwaukee, WI 53218__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.